EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>    Hernand Cruz Mateo | 2003 TSPR 9<br><br>158 DPR _____ |

Número del Caso:AB-2001-47


Fecha: 7 de febrero de 2003


Oficina de Procurador General:

            Lcda. Vanesa Lugo Flores
            Subprocuradora General

            Lcda. Edna Evelyn Rodríguez Benítez
            Procuradora General Auxiliar

            Lcda. Yvonne Casanova Pelosi
            Procuradora General Auxiliar

Abogado de la Parte Querellada:

            Por Derecho Propio


 Materia: QUEJA

            Este documento constituye un documento oficial del
            Tribunal Supremo que está sujeto a los cambios y
            correcciones del proceso de compilación y publicación
            oficial de las decisiones del Tribunal. Su
            distribución electrónica se hace como un servicio
            público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Hernand Cruz Mateo

AB-2001-47

RESOLUCIÓN

San Juan, Puerto Rico, a 7 de febrero de 2003.

Visto el Informe Complementario del Procurador General de 1 de noviembre de 2002 se ordena el archivo de la presente queja y se reinstala al Lcdo. Hernand Cruz Mateo al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo